**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gilbert Wright                       CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-11190 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                              Respectfully submitted,

                                              /s/ *Michael Farrington*
                                              Michael Farrington
                                              29 Apr 2024, 17:18:17, EDT

                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322