UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   GILBERT WRIGHT           :   Chapter  13
           Debtor
                                                        :

                                                        :   Bankruptcy No.  24-11190 - AMC

### CERTIFICATE OF NO RESPONSE

     I,  Paul H. Young, Esquire, attorney for Debtor, do hereby certify the following:

     On **April 10, 2024**, a copy of Debtor's Motion to Extend Automatic Stay and Notice of Motion with accompanying response deadline and hearing date was served by regular and certified United States mail to all interested parties, the Trustee and all secured creditors listed below:

                            Pennymac Loan Services, LLC
                            PO Box 2410
                            Moorpark, CA 93020

                            Mercedes Benz Financial Services, USA, LLC
                            c/o Bankruptcy Servicing, LLC
                            PO Box 131265
                            Roseville, MN 55113-0011

                            Westlake Financial Services
                            c/o Peritus Portfolio Services II, LLC
                            PO Box 141419
                            Irving, TX 75014

                            /s/<u>Paul H. Young, Esquire</u>
                            Young, Marr & Associates, LLC
                            3554 Hulmeville Road, Suite 102
                            Bensalem, PA 19020
                            P: 215-639-5297
                            F: 215-639-1344
                            support@ymalaw.com