United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-11190-amc

Gilbert Wright  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: May 16, 2024   Form ID: pdf900   Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gilbert Wright, 3006 Lynwood Court, Pennsburg, PA 18073-1288 |
| 14872261 | + | Anne Arundel Dermatology PA, 1306 Concourse Drive, Suite 201, Linthicum Heights, MD 21090-1033 |
| 14872276 | #+ | Island Life Acupuncture, 207 Tulpehocken Avenue, Elkins Park, PA 19027-1926 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 17 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14883859 | + | Email/Text: bankruptcyreports@wakeassoc.com | May 17 2024 00:20:00 | ANNE ARUNDEL DERMATOLOGY, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 14872260 | + | Email/Text: bsimmons@amsher.com | May 17 2024 00:20:00 | AmSher Collection Services, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 14872259 | + | Email/Text: bsimmons@amsher.com | May 17 2024 00:20:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14872262 | + | Email/Text: bk@avant.com | May 17 2024 00:20:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14872263 | + | Email/Text: bk@avant.com | May 17 2024 00:20:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 14872264 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2024 01:40:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14872265 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2024 01:09:12 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14875818 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2024 00:13:37 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14872267 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:13:07 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14872266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:13:07 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14872269 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:35:53 | Citibank North America, Po Box 6497, Sioux |

Case 24-11190-amc    Doc 21    Filed 05/18/24    Entered 05/19/24 00:34:37    Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Falls, SD 57117-6497 |
| 14872268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 01:40:06 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14872271 | + | Email/Text: elida@commercialtrade.com | May 17 2024 00:11:00 | Commercial Trade Bureau, 5330 Office Center Ct., Bakersfield, CA 93309-1561 |
| 14872270 | + | Email/Text: elida@commercialtrade.com | May 17 2024 00:11:00 | Commercial Trade Bureau, Attn: Bankruptcy, 5330 Office Centre Ct, Bakersfield, CA 93309-1561 |
| 14872273 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 17 2024 00:21:00 | Genesis Financial, Po Box 4499, Beaverton, OR 97076-4499 |
| 14872272 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 17 2024 00:21:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 14872275 | + | Email/Text: Bankruptcy@ICSystem.com | May 17 2024 00:12:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14872274 | + | Email/Text: Bankruptcy@ICSystem.com | May 17 2024 00:12:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14872278 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 17 2024 00:20:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14872277 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 17 2024 00:20:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14872861 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:13:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14872842 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 00:12:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14872279 | + | Email/Text: M74banko@mercedes-benz.com | May 17 2024 00:11:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14872280 | + | Email/Text: M74banko@mercedes-benz.com | May 17 2024 00:11:00 | Mercedes - Benz Financial Services, P.o. Box 961, Roanoke, TX 76262-0961 |
| 14872281 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 00:24:24 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14872282 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 00:12:56 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14872283 | + | Email/PDF: cbp@omf.com | May 17 2024 00:13:11 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14872284 | + | Email/PDF: cbp@omf.com | May 17 2024 00:13:26 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14880487 | ^ | MEBN | May 17 2024 00:06:01 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14872285 | + | Email/PDF: ebnotices@pnmac.com | May 17 2024 01:40:06 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14872286 | + | Email/PDF: ebnotices@pnmac.com | May 17 2024 00:12:56 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14872288 | ^ | MEBN | May 17 2024 00:05:44 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 14872287 | ^ | MEBN | May 17 2024 00:05:45 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14872289 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2024 00:58:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 24-11190-amc    Doc 21    Filed 05/18/24    Entered 05/19/24 00:34:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14872290 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2024 00:12:56 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14872292 | + | Email/Text: dbogucki@trumark.org | May 17 2024 00:21:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14872291 | + | Email/Text: dbogucki@trumark.org | May 17 2024 00:21:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14872293 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 17 2024 00:12:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14872294 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 17 2024 00:12:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |
| 14872296 | ^ | MEBN | May 17 2024 00:06:04 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 14872295 | ^ | MEBN | May 17 2024 00:05:34 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:**

**Name**            **Email Address**

MICHAEL PATRICK FARRINGTON
            on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

PAUL H. YOUNG
            on behalf of Debtor Gilbert Wright support@ymalaw.com
            ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
            ECFMail@ReadingCh13.com

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   GILBERT WRIGHT          :   Chapter 13
            Debtor
                                    :
                                    :   Bankruptcy No. 24-11190 - AMC

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362(c)(3)(B) and after notice and hearing, and/or there being no opposition to the Motion;

It is hereby **ORDERED** that:

1) The Motion is **granted**; and

2) The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed.R. Bankr. P. 4001(a).

Date: May 16, 2024

_____
Ashely M. Chan, Bankruptcy Judge