UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                Bankr. Case No. 24-11190

Gilbert Wright                                                                                        Chapter 13

       Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Mercedes-Benz Financial Services USA LLC
        c/o BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011

        BK Servicing, LLC

        By  /s/ Ed Gezel

        Ed Gezel, Agent
        BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011
        651-366-6390
        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on June 18, 2024 :

Paul H. Young
Young, Marr, Mallis & Deane, Llc
3554 Hulmeville Rd.
Ste 102
Bensalem, PA  19020

Scott F. Waterman [chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA  19606

By __/s/ Ed Gezel, Agent_____
Ed Gezel

521731