| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 03-20-2024 | 03-26-2024 | 04-04-2024 | 2,893.91 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 40.51 | 43.71 | 1,770.69 | 19,462.73 |
| Overtime1 Earnings | 36.00 | 65.56 | 2,360.34 | 17,178.03 |
| Sick Earnings | 0.00 | | 0.00 | 2,832.39 |
| Holiday Earnings | 0.00 | | 0.00 | 2,098.08 |
| **Total Earnings** | | | **4,131.03** | **41,571.23** |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 548.40 | 4,230.46 |
| RR Tier1 SS EE Ded | 253.24 | 2,539.94 |
| RR Tier1 Med EE Ded | 59.23 | 594.02 |
| RR Tier2 EE Ded | 200.14 | 1,868.58 |
| State Tax-Res | 125.40 | 1,257.68 |
| Health | 46.50 | 604.50 |
| Life Ins | 4.21 | 54.46 |
| Union Dues RYA 1978 | | 252.00 |
| **Total Taxes & Deductions** | **1,237.12** | **11,401.64** |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 |
| Sick Hrs | 0.00 | 184.00 | 56.00 | 128.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 206.55 | 2,078.56 |
| NJT Benefit Cost | 1,000.00 | 4,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking****602 | 2,893.91 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---



**NJ TRANSIT** — The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 0006143413

Date 04-04-2024

**PAY** Two Thousand Eight Hundred Ninety Three and 91/100 Dollars         **$2,893.91**

**TO THE ORDER OF**
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 03-13-2024 | 03-19-2024 | 03-28-2024 | 2,562.11 |

| EARNINGS | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Pay | Y-T-D | Description | Current Pay | Y-T-D |
| Regular Earnings | 40.34 | 43.71 | 1,763.26 | 17,692.04 | Federal W/H Tax | 431.38 | 3,682.06 |
| Overtime1 Earnings | 28.00 | 65.56 | 1,835.82 | 14,817.69 | RR Tier1 SS EE Ded | 220.26 | 2,286.70 |
| Sick Earnings | 0.00 | | 0.00 | 2,832.39 | RR Tier1 Med EE Ded | 51.51 | 534.79 |
| Holiday Earnings | 0.00 | | 0.00 | 2,098.08 | RR Tier2 EE Ded | 174.08 | 1,668.44 |
| Total Earnings | | | 3,599.08 | 37,440.20 | State Tax-Res | 109.06 | 1,132.28 |
| | | | | | Health | 46.50 | 558.00 |
| | | | | | Life Ins | 4.18 | 50.25 |
| | | | | | Union Dues RYA 1978 | | 252.00 |
| | | | | | Total Taxes & Deductions | 1,036.97 | 10,164.52 |

| PAID TIME OFF (PTO) | | | | | EMPLOYER CONTRIBUTION / MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|
| Description | Prior | Allotment | Taken | Balance | Description | Current Pay | Y-T-D |
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 | 401A ER Contr | 179.95 | 1,872.01 |
| Sick Hrs | 0.00 | 184.00 | 56.00 | 128.00 | NJT Benefit Cost | | 3,000.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 | | | |

| TAX FILING INFORMATION | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | Filing Status | # Exemptions | Add'l $ or % PP | Description | Bank Account | Amount |
| Federal | Married-File Jointly | 5 | 0.00 | Pay by Deposit | Checking****602 | 2,562.11 |
| State | Married or Head of Household | 5 | 0.00 | | | |
| Local | Married | 0 | 0.00 | | | |

| IMPORTANT MESSAGES |
|---|
| Please verify the name and address on your paycheck. |
| To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com. |



**NJTRANSIT**
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 0006127819

Date 03-28-2024

**PAY**    Two Thousand Five Hundred Sixty Two and 11/100 Dollars                    $2,562.11

**TO THE ORDER OF**    Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

*Non-Negotiable*

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 03-06-2024 | 03-12-2024 | 03-21-2024 | 1,898.66 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 40.17 | 43.71 | 1,755.83 | 15,928.78 |
| Overtime1 Earnings | 12.00 | 65.56 | 786.78 | 12,981.87 |
| Sick Earnings | 0.00 | | 0.00 | 2,832.39 |
| Holiday Earnings | 0.00 | | 0.00 | 2,098.08 |
| **Total Earnings** | | | **2,542.61** | **33,841.12** |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 203.38 | 3,250.68 |
| RR Tier1 SS EE Ded | 154.76 | 2,066.44 |
| RR Tier1 Med EE Ded | 36.19 | 483.28 |
| RR Tier2 EE Ded | 122.31 | 1,494.36 |
| State Tax-Res | 76.63 | 1,023.22 |
| Health | 46.50 | 511.50 |
| Life Ins | 4.18 | 46.07 |
| Union Dues RYA 1978 | | 252.00 |
| **Total Taxes & Deductions** | **643.95** | **9,127.55** |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 |
| Sick Hrs | 0.00 | 184.00 | 56.00 | 128.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 127.13 | 1,692.06 |
| NJT Benefit Cost | | 3,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking****602 | 1,898.66 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.



**NJ TRANSIT**
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 0006114706

Date  03-21-2024

**PAY**  One Thousand Eight Hundred Ninety Eight and  66/100 Dollars                    $1,898.66

**TO THE ORDER OF**
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA  18073
USA

*Non-Negotiable*

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 02-28-2024 | 03-05-2024 | 03-14-2024 | 2,150.92 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 40.34 | 43.71 | 1,763.26 | 14,172.95 |
| Overtime1 Earnings | 20.00 | 65.56 | 1,311.30 | 12,195.09 |
| Sick Earnings | 0.00 | | 0.00 | 2,832.39 |
| Holiday Earnings | 0.00 | | 0.00 | 2,098.08 |
| **Total Earnings** | | | **3,074.56** | **31,298.51** |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 315.98 | 3,047.30 |
| RR Tier1 SS EE Ded | 187.74 | 1,911.68 |
| RR Tier1 Med EE Ded | 43.91 | 447.09 |
| RR Tier2 EE Ded | 148.37 | 1,372.05 |
| State Tax-Res | 92.96 | 946.59 |
| Health | 46.50 | 465.00 |
| Life Ins | 4.18 | 41.89 |
| Union Dues RYA 1978 | 84.00 | 252.00 |
| **Total Taxes & Deductions** | **923.64** | **8,483.60** |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 |
| Sick Hrs | 0.00 | 184.00 | 56.00 | 128.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 153.73 | 1,564.93 |
| NJT Benefit Cost | | 3,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking****602 | 2,150.92 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.



**NJ TRANSIT** The Way To Go.

Bank Of America
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 0006099345

Date 03-14-2024

PAY    Two Thousand One Hundred Fifty and 92/100 Dollars    $2,150.92

TO THE ORDER OF

Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 02-21-2024 | 02-27-2024 | 03-07-2024 | 1,878.85 |

| EARNINGS | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Pay | Y-T-D | Description | Current Pay | Y-T-D |
| Regular Earnings | 24.17 | 43.71 | 1,056.47 | 12,409.69 | Federal W/H Tax | 194.99 | 2,731.32 |
| Overtime1 Earnings | 12.00 | 65.56 | 786.78 | 10,883.79 | RR Tier1 SS EE Ded | 150.42 | 1,723.94 |
| Sick Earnings | 16.00 | 39.34 | 629.42 | 2,832.39 | RR Tier1 Med EE Ded | 35.18 | 403.18 |
| Holiday Earnings | 0.00 | | 0.00 | 2,098.08 | RR Tier2 EE Ded | 88.04 | 1,223.68 |
| Total Earnings | | | 2,472.67 | 28,223.95 | State Tax-Res | 74.48 | 853.63 |
| | | | | | Health | 46.50 | 418.50 |
| | | | | | Life Ins | 4.21 | 37.71 |
| | | | | | Union Dues RYA 1978 | | 168.00 |
| | | | | | Total Taxes & Deductions | 593.82 | 7,559.96 |

| PAID TIME OFF (PTO) | | | | | EMPLOYER CONTRIBUTION / MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|
| Description | Prior | Allotment | Taken | Balance | Description | Current Pay | Y-T-D |
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 | 401A ER Contr | 123.63 | 1,411.20 |
| Sick Hrs | 0.00 | 184.00 | 56.00 | 128.00 | NJT Benefit Cost | 1,000.00 | 3,000.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 | | | |

| TAX FILING INFORMATION | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | Filing Status | # Exemptions | Add'l $ or % PP | Description | Bank Account | Amount |
| Federal | Married-File Jointly | 5 | 0.00 | Pay by Deposit | Checking****602 | 1,878.85 |
| State | Married or Head of Household | 5 | 0.00 | | | |
| Local | Married | 0 | 0.00 | | | |

**IMPORTANT MESSAGES**

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.



**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 0006086255

Date  03-07-2024

PAY  One Thousand Eight Hundred Seventy Eight and 85/100 Dollars          $1,878.85

TO THE
ORDER OF   Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

*Non-Negotiable*

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 02-14-2024 | 02-20-2024 | 02-29-2024 | 2,332.47 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 16.17 | 43.71 | 706.79 | 11,353.22 |
| Overtime1 Earnings | 22.00 | 65.56 | 1,442.43 | 10,097.01 |
| Sick Earnings | 16.00 | 39.34 | 629.42 | 2,202.97 |
| Holiday Earnings | 8.00 | 43.71 | 349.68 | 2,098.08 |
| **Total Earnings** | | | 3,128.32 | 25,751.28 |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 338.04 | 2,536.33 |
| RR Tier1 SS EE Ded | 193.96 | 1,573.52 |
| RR Tier1 Med EE Ded | 45.36 | 368.00 |
| RR Tier2 EE Ded | 122.45 | 1,135.64 |
| State Tax-Res | 96.04 | 779.15 |
| Health | | 372.00 |
| Life Ins | | 33.50 |
| Union Dues RYA 1978 | | 168.00 |
| **Total Taxes & Deductions** | 795.85 | 6,966.14 |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 |
| Sick Hrs | 0.00 | 184.00 | 40.00 | 144.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 156.42 | 1,287.57 |
| NJT Benefit Cost | | 2,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking****602 | 2,332.47 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---



**NJ TRANSIT** The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 0006070548

Date 02-29-2024

**PAY**  Two Thousand Three Hundred Thirty Two and 47/100 Dollars        $2,332.47

**TO THE ORDER OF**
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

*Non-Negotiable*

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 02-07-2024 | 02-13-2024 | 02-22-2024 | 1,898.66 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 40.17 | 43.71 | 1,755.83 | 10,646.43 |
| Overtime1 Earnings | 12.00 | 65.56 | 786.78 | 8,654.58 |
| Sick Earnings | 0.00 | | 0.00 | 1,573.55 |
| Holiday Earnings | 0.00 | | 0.00 | 1,748.40 |
| **Total Earnings** | | | **2,542.61** | **22,622.96** |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 203.38 | 2,198.29 |
| RR Tier1 SS EE Ded | 154.76 | 1,379.56 |
| RR Tier1 Med EE Ded | 36.19 | 322.64 |
| RR Tier2 EE Ded | 122.31 | 1,013.19 |
| State Tax-Res | 76.63 | 683.11 |
| Health | 46.50 | 372.00 |
| Life Ins | 4.18 | 33.50 |
| Union Dues RYA 1978 | | 168.00 |
| **Total Taxes & Deductions** | **643.95** | **6,170.29** |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 |
| Sick Hrs | 0.00 | 184.00 | 24.00 | 160.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 127.13 | 1,131.15 |
| NJT Benefit Cost | | 2,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking****602 | 1,898.66 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---



**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 0006057042

Date 02-22-2024

**PAY** One Thousand Eight Hundred Ninety Eight and 66/100 Dollars      $1,898.66

**TO THE ORDER OF**
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

*Non-Negotiable*

**PAYROLL ADVICE**