| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 03-27-2024 | 04-02-2024 | 04-11-2024 | 2,364.40 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 40.17 | 43.71 | 1,755.83 | 21,218.56 |
| Overtime1 Earnings | 20.00 | 65.56 | 1,311.30 | 18,489.33 |
| Sick Earnings | 0.00 | | 0.00 | 2,832.39 |
| Holiday Earnings | 8.00 | 43.71 | 349.68 | 2,447.76 |
| **Total Earnings** | | | 3,416.81 | 44,988.04 |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 391.28 | 4,621.74 |
| RR Tier1 SS EE Ded | 208.96 | 2,748.90 |
| RR Tier1 Med EE Ded | 48.87 | 642.89 |
| RR Tier2 EE Ded | 165.15 | 2,033.73 |
| State Tax-Res | 103.47 | 1,361.15 |
| Health | 46.50 | 651.00 |
| Life Ins | 4.18 | 58.64 |
| Union Dues RYA 1978 | 84.00 | 336.00 |
| **Total Taxes & Deductions** | 1,052.41 | 12,454.05 |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 |
| Sick Hrs | 0.00 | 184.00 | 56.00 | 128.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 170.84 | 2,249.40 |
| NJT Benefit Cost | | 4,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking****602 | 2,364.40 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.



**NJTRANSIT** The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT  06095
USA
51-44 / 119

No. 0006157062

Date 04-11-2024

PAY    Two Thousand Three Hundred Sixty Four and  40/100 Dollars    $2,364.40

TO THE ORDER OF
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA  18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**