| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 04-03-2024 | 04-09-2024 | 04-18-2024 | 2,884.67 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 40.17 | 43.71 | 1,755.83 | 22,974.39 |
| Overtime1 Earnings | 36.00 | 65.56 | 2,360.34 | 20,849.67 |
| Sick Earnings | 0.00 | | 0.00 | 2,832.39 |
| Holiday Earnings | 0.00 | | 0.00 | 2,447.76 |
| **Total Earnings** | | | **4,116.17** | **49,104.21** |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 545.14 | 5,166.88 |
| RR Tier1 SS EE Ded | 252.32 | 3,001.22 |
| RR Tier1 Med EE Ded | 59.01 | 701.90 |
| RR Tier2 EE Ded | 199.41 | 2,233.14 |
| State Tax-Res | 124.94 | 1,486.09 |
| Health | 46.50 | 697.50 |
| Life Ins | 4.18 | 62.82 |
| Union Dues RYA 1978 | | 336.00 |
| **Total Taxes & Deductions** | **1,231.50** | **13,685.55** |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 |
| Sick Hrs | 0.00 | 184.00 | 56.00 | 128.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 205.81 | 2,455.21 |
| NJT Benefit Cost | | 4,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking****602 | 2,884.67 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.



**NJTRANSIT** The Way To Go.

Bank Of America
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT  06095
USA
51-44 / 119

No. 0006172385

Date  04-18-2024

PAY    Two Thousand Eight Hundred Eighty Four and 67/100 Dollars          $2,884.67

TO THE ORDER OF    Gilbert Wright
3006 Lynwood Court
Pennsburg, PA  18073
USA

Non-Negotiable

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 04-10-2024 | 04-16-2024 | 04-25-2024 | 2,230.28 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 40.17 | 43.71 | 1,755.83 | 24,730.22 |
| Overtime1 Earnings | 20.00 | 65.56 | 1,311.30 | 22,160.97 |
| Sick Earnings | 0.00 | | 0.00 | 2,832.39 |
| Holiday Earnings | 0.00 | | 0.00 | 2,447.76 |
| **Total Earnings** | | | **3,067.13** | **52,171.34** |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 314.35 | 5,481.23 |
| RR Tier1 SS EE Ded | 187.28 | 3,188.50 |
| RR Tier1 Med EE Ded | 43.80 | 745.70 |
| RR Tier2 EE Ded | 148.01 | 2,381.15 |
| State Tax-Res | 92.73 | 1,578.82 |
| Health | 46.50 | 744.00 |
| Life Ins | 4.18 | 67.00 |
| Union Dues RYA 1978 | | 336.00 |
| **Total Taxes & Deductions** | **836.85** | **14,522.40** |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 0.00 | 32.00 |
| Sick Hrs | 0.00 | 184.00 | 56.00 | 128.00 |
| Vacation Hrs | 0.00 | 160.00 | 0.00 | 160.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 153.36 | 2,608.57 |
| NJT Benefit Cost | | 4,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking****602 | 2,230.28 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---


**NJTRANSIT** The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT  06095
USA
51-44 / 119

No. 0006185524

Date  04-25-2024

PAY    Two Thousand Two Hundred Thirty and  28/100 Dollars                         $2,230.28

TO THE ORDER OF    Gilbert Wright
3006 Lynwood Court
Pennsburg, PA  18073
USA

Non-Negotiable

**PAYROLL ADVICE**