| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-11190-AMC

| | |
|---|---|
| Gilbert Wright | Petition Filed Date: 04/08/2024 |
| 3006 Lynwood Court | 341 Hearing Date: 07/12/2024 |
| Pennsburg  PA  18073 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/22/2024 | $2,516.00 | | 06/17/2024 | $2,516.00 | | 07/15/2024 | $2,516.00 | |

**Total Receipts for the Period: $7,548.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,048.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,608.11 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $252.86 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $969.98 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $244.37 | $0.00 | $0.00 |
| 5 | ANNE ARUNDEL DERMATOLOGY<br>»» 005 | Unsecured Creditors | $250.00 | $0.00 | $0.00 |
| 6 | TRUMARK FINANCIAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $5,006.61 | $0.00 | $0.00 |
| 7 | PENNYMAC LOAN SERVICES LLC<br>»» 007 | Mortgage Arrears | $2,558.68 | $0.00 | $0.00 |
| 8 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»» 008 | Unsecured Creditors | $250.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $277.36 | $0.00 | $0.00 |
| 10 | COMMERCIAL TRADE INC<br>»» 010 | Unsecured Creditors | $1,342.10 | $0.00 | $0.00 |
| 11 | PERITUS PORTFOLIO SERVICES<br>»» 011 | Secured Creditors | $4,481.36 | $0.00 | $0.00 |
| 12 | PROSPER FUNDING LLC<br>»» 012 | Unsecured Creditors | $14,990.39 | $0.00 | $0.00 |
| 13 | US BANK NA<br>»» 013 | Unsecured Creditors | $678.65 | $0.00 | $0.00 |
| 14 | ISLAND LIFE ACUPUNCTURE LLC<br>»» 014 | Unsecured Creditors | $9,483.79 | $0.00 | $0.00 |
| 15 | MERCEDES BENZ FINANCIAL SERVICES USA LLC<br>»» 015 | Secured Creditors | $2,434.26 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11190-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | ONE MAIN FINANCIAL GROUP LLC  »»  016 | Unsecured Creditors | $15,149.53 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,048.00 | Current Monthly Payment: | $2,520.00 |
| Paid to Claims: | $0.00 | Arrearages: | $20.00 |
| Paid to Trustee: | $1,004.80 | Total Plan Base: | $151,188.00 |
| Funds on Hand: | $9,043.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.