U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        GILBERT WRIGHT            :        CHAPTER 13
                                        :        Debtor
                                        :        BANKRUPTCY NO. 24-11190

## NOTICE OF CHANGE TO DEBTOR'S ADDRESS

TO THE CLERK:

Kindly amend the debtor's **mailing** address to the following:

   PO Box 17
   Redhill, PA 18073

                    /s/ Paul H. Young
                    Paul H. Young, Esquire
                    Attorney for Debtor
                    3554 Hulmeville Rd., Ste. 102
                    Bensalem, PA 19020

Date: October 18, 2024