United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11190-amc |
| Gilbert Wright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 12, 2024 | Form ID: 155 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gilbert Wright, PO Box 17, Redhill, PA 18073 |
| 14872261 | + | Anne Arundel Dermatology PA, 1306 Concourse Drive, Suite 201, Linthicum Heights, MD 21090-1033 |
| 14872276 | ++ | ISLAND LIFE ACUPUNCTURE, ATTN LISA MCCOOG, 110 BAYBERRY CIRCLE, JUPITER FL 33458-7701 address filed with court:, Island Life Acupuncture, 207 Tulpehocken Avenue, Elkins Park, PA 19027 |
| 14898165 | ++ | ISLAND LIFE ACUPUNCTURE, ATTN LISA MCCOOG, 110 BAYBERRY CIRCLE, JUPITER FL 33458-7701 address filed with court:, Lisa McCoog, 110 Bayberry Circle, Juipter Fl 33458 |
| 14897955 | + | Peritus Portfolio Services II ,et al, C/O Mario Hanyon, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14892968 | + | Email/Text: bankruptcyreports@wakeassoc.com | Dec 13 2024 00:21:00 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC, c/o Wakefield & Associates, LLC, PO Box 58, Fort Morgan, CO 80701-0058 |
| 14883859 | + | Email/Text: bankruptcyreports@wakeassoc.com | Dec 13 2024 00:21:00 | ANNE ARUNDEL DERMATOLOGY, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 14872260 | + | Email/Text: bsimmons@amsher.com | Dec 13 2024 00:21:00 | AmSher Collection Services, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 14872259 | + | Email/Text: bsimmons@amsher.com | Dec 13 2024 00:21:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14872262 | + | Email/Text: bk@avant.com | Dec 13 2024 00:21:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14872263 | + | Email/Text: bk@avant.com | Dec 13 2024 00:21:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 14898356 | | Email/Text: notices@bkservicing.com | Dec 13 2024 00:21:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14872264 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 00:27:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14872265 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 00:27:45 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14875818 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2024 00:26:54 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14872267 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 00:27:43 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14872266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 00:28:13 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO |

| | | | |
|---|---|---|---|
| 14872269 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 00:28:13 | 63179-0040<br>Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14872268 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 00:39:18 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14872271 | + Email/Text: elida@commercialtrade.com | Dec 13 2024 00:20:00 | Commercial Trade Bureau, 5330 Office Center Ct., Bakersfield, CA 93309-1561 |
| 14872270 | + Email/Text: elida@commercialtrade.com | Dec 13 2024 00:20:00 | Commercial Trade Bureau, Attn: Bankruptcy, 5330 Office Centre Ct, Bakersfield, CA 93309-1561 |
| 14872273 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 13 2024 00:21:00 | Genesis Financial, Po Box 4499, Beaverton, OR 97076-4499 |
| 14872272 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 13 2024 00:21:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 14872275 | + Email/Text: Bankruptcy@ICSystem.com | Dec 13 2024 00:21:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14872274 | + Email/Text: Bankruptcy@ICSystem.com | Dec 13 2024 00:21:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14872276 | Email/Text: drlisa@lighthouseawc.com | Dec 13 2024 00:21:00 | Island Life Acupuncture, 207 Tulpehocken Avenue, Elkins Park, PA 19027 |
| 14898165 | Email/Text: drlisa@lighthouseawc.com | Dec 13 2024 00:21:00 | Lisa McCoog, 110 Bayberry Circle, Juipter Fl 33458 |
| 14872278 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2024 00:21:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14872277 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2024 00:21:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14872861 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2024 00:28:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14872842 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2024 00:39:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14872279 | + Email/Text: M74banko@mercedes-benz.com | Dec 13 2024 00:20:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14872280 | + Email/Text: M74banko@mercedes-benz.com | Dec 13 2024 00:20:00 | Mercedes - Benz Financial Services, P.o. Box 961, Roanoke, TX 76262-0961 |
| 14872281 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2024 00:38:48 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14872282 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2024 00:38:34 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14872283 | + Email/PDF: cbp@omf.com | Dec 13 2024 00:38:41 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14872284 | + Email/PDF: cbp@omf.com | Dec 13 2024 00:27:52 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14880487 | ^ MEBN | Dec 13 2024 00:16:22 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14897956 | Email/Text: peritus@ebn.phinsolutions.com | Dec 13 2024 00:21:00 | Peritus Portfolio Services, 433 E Las Colinas Blvd, Suite 475, Irving, Texas 75039 |
| 14872287 | Email/Text: ProsperBK@prosper.com | Dec 13 2024 00:21:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 14891940 | + Email/PDF: ebnotices@pnmac.com | | |

Case 24-11190-amc    Doc 55    Filed 12/14/24    Entered 12/15/24 00:37:11    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 155 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 13 2024 00:27:42 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14872285 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Dec 13 2024 00:27:41 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14872286 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Dec 13 2024 00:39:26 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14872288 | + | Email/Text: ProsperBK@prosper.com | | |
| | | | Dec 13 2024 00:21:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 14896346 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 13 2024 00:21:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14872289 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 13 2024 00:26:53 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14872290 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 13 2024 00:28:10 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14872292 | + | Email/Text: dbogucki@trumark.org | | |
| | | | Dec 13 2024 00:21:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14872291 | + | Email/Text: dbogucki@trumark.org | | |
| | | | Dec 13 2024 00:21:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14897043 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Dec 13 2024 00:21:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14872293 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Dec 13 2024 00:21:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14872294 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Dec 13 2024 00:21:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |
| 14896344 | + | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Dec 13 2024 00:21:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14872296 | ^ | MEBN | | |
| | | | Dec 13 2024 00:16:12 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 14872295 | ^ | MEBN | | |
| | | | Dec 13 2024 00:16:09 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2024        Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Dec 12, 2024 | Form ID: 155 | Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Gilbert Wright support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Gilbert Wright<br><br>　　Debtor(s). | Case No. 24−11190−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 11, 2024                         For The Court

　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court