IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
PHILADELPHIA DIVISION

IN RE: GILBERT WRIGHT

CASE NO. 2-24-BK-11190

CLAIM: 11

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, WESTLAKE hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**WESTLAKE**
**c/o Peritus Portfolio Svcs II, LLC**
**PO Box 141419**
**Irving TX 75014**

To the new address below:

**WESTLAKE**
**c/o Peritus Portfolio Services II, LLC**
**P.O. Box 1149**
**GRAPEVINE TX 76099**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Georgina Yarbrough                                            Date: 4/23/2025
Georgina Yarbrough
Telephone: (866) 831-5954