| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11190-AMC

| | |
|---|---|
| Gilbert Wright | Petition Filed Date: 04/08/2024 |
| PO Box 17 | 341 Hearing Date: 07/12/2024 |
| Redhill  PA    18073 | Confirmation Date: 12/11/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | $2,500.00 | | 09/16/2024 | $2,520.00 | | 10/16/2024 | $2,520.00 | |
| 11/19/2024 | $3,135.00 | | 12/16/2024 | $3,135.00 | | 01/15/2025 | $3,135.00 | |
| 02/18/2025 | $3,135.00 | | 03/17/2025 | $3,135.00 | | 04/15/2025 | $3,135.00 | |
| 05/15/2025 | $3,135.00 | | | | | | | |

**Total Receipts for the Period:  $29,485.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $37,033.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $1,608.11 | $0.00 | $1,608.11 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $252.86 | $0.00 | $252.86 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $969.98 | $0.00 | $969.98 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $244.37 | $0.00 | $244.37 |
| 5 | ANNE ARUNDEL DERMATOLOGY »» 005 | Unsecured Creditors | $250.00 | $0.00 | $250.00 |
| 6 | TRUMARK FINANCIAL CREDIT UNION »» 006 | Unsecured Creditors | $5,006.61 | $0.00 | $5,006.61 |
| 7 | PENNYMAC LOAN SERVICES LLC »» 007 | Mortgage Arrears | $2,558.68 | $663.82 | $1,894.86 |
| 8 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC »» 008 | Unsecured Creditors | $250.00 | $0.00 | $250.00 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $277.36 | $0.00 | $277.36 |
| 10 | COMMERCIAL TRADE INC »» 010 | Unsecured Creditors | $1,342.10 | $0.00 | $1,342.10 |
| 11 | PERITUS PORTFOLIO SERVICES »» 011 | Secured Creditors | $30,368.70 | $7,878.87 | $22,489.83 |
| 12 | PROSPER FUNDING LLC »» 012 | Unsecured Creditors | $14,990.39 | $0.00 | $14,990.39 |
| 13 | US BANK NA »» 013 | Unsecured Creditors | $678.65 | $0.00 | $678.65 |
| 14 | ISLAND LIFE ACUPUNCTURE LLC »» 014 | Unsecured Creditors | $9,483.79 | $0.00 | $9,483.79 |

**Chapter 13 Case No. 24-11190-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MERCEDES BENZ FINANCIAL SERVICES USA LLC<br>»» 015 | Secured Creditors | $78,057.07 | $20,251.12 | $57,805.95 |
| 16 | ONE MAIN FINANCIAL GROUP LLC<br>»» 016 | Unsecured Creditors | $15,149.53 | $0.00 | $15,149.53 |
| 17 | AMSHER COLLECTION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | ANNE ARUNDEL DERMATOLOGY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | AVANT/WEBBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | GENESIS FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | IC SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | LISA MCCOOG | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,033.00 | Current Monthly Payment: | $3,135.00 |
| Paid to Claims: | $33,793.81 | Arrearages: | $10,020.00 |
| Paid to Trustee: | $3,239.19 | Total Plan Base: | $184,993.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.