United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gilbert Wright  
    Debtor

Case No. 24-11190-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Sep 18, 2025     Form ID: pdf900     Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gilbert Wright, PO Box 17, Redhill, PA 18073 |
| 14872261 | #+ | Anne Arundel Dermatology PA, 1306 Concourse Drive, Suite 201, Linthicum Heights, MD 21090-1033 |
| 14897955 | + | Peritus Portfolio Services II ,et al, C/O Mario Hanyon, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2025 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 19 2025 00:23:00 | Peritus Portfolio Services II, LLC as servicer for, 433 E Las Colinas Blvd, Suite 475, Irving, TX 75039-6276 |
| 14892968 | + | Email/Text: bankruptcyreports@wakeassoc.com | Sep 19 2025 00:23:00 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC, c/o Wakefield & Associates, LLC, PO Box 58, Fort Morgan, CO 80701-0058 |
| 14883859 | + | Email/Text: bankruptcyreports@wakeassoc.com | Sep 19 2025 00:23:00 | ANNE ARUNDEL DERMATOLOGY, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 14872260 | + | Email/Text: bsimmons@amsher.com | Sep 19 2025 00:23:00 | AmSher Collection Services, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 14872259 | + | Email/Text: bsimmons@amsher.com | Sep 19 2025 00:23:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14872262 | + | Email/Text: bk@avant.com | Sep 19 2025 00:23:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14872263 | + | Email/Text: bk@avant.com | Sep 19 2025 00:23:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 14898356 | | Email/Text: notices@bkservicing.com | Sep 19 2025 00:22:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14872264 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2025 00:20:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14872265 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2025 00:31:46 | Capital One, Po Box 31293, Salt Lake City, UT |

Case 24-11190-amc    Doc 62    Filed 09/20/25    Entered 09/21/25 00:37:42    Desc Imaged
                          Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| Recipient ID | | Delivery Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 14875818 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2025 00:32:03 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14872267 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:32:04 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14872266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:31:51 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14872269 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:31:48 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14872268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:32:21 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14872271 | + | Email/Text: elida@commercialtrade.com | Sep 19 2025 00:22:00 | Commercial Trade Bureau, 5330 Office Center Ct., Bakersfield, CA 93309-1561 |
| 14872270 | + | Email/Text: elida@commercialtrade.com | Sep 19 2025 00:22:00 | Commercial Trade Bureau, Attn: Bankruptcy, 5330 Office Centre Ct, Bakersfield, CA 93309-1561 |
| 14872273 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2025 00:24:00 | Genesis Financial, Po Box 4499, Beaverton, OR 97076-4499 |
| 14872272 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2025 00:24:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 14872275 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 19 2025 00:22:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14872274 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 19 2025 00:22:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14872276 | | Email/Text: drlisa@lighthouseawc.com | Sep 19 2025 00:23:00 | Island Life Acupuncture, 207 Tulpehocken Avenue, Elkins Park, PA 19027 |
| 14898165 | | Email/Text: drlisa@lighthouseawc.com | Sep 19 2025 00:23:00 | Lisa McCoog, 110 Bayberry Circle, Juipter Fl 33458 |
| 14872278 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2025 00:23:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14872277 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2025 00:23:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14872861 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 00:31:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14872842 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 00:21:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14872279 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Sep 19 2025 00:22:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14872280 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Sep 19 2025 00:22:00 | Mercedes - Benz Financial Services, P.o. Box 961, Roanoke, TX 76262-0961 |
| 14872281 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 00:21:34 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14872282 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 00:19:39 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14872283 | + | Email/PDF: cbp@omf.com | Sep 19 2025 00:20:42 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14872284 | + | Email/PDF: cbp@omf.com | Sep 19 2025 00:21:36 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14880487 | | ^ MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 19 2025 00:14:13 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14897956 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 19 2025 00:23:00 | Peritus Portfolio Services, 433 E Las Colinas Blvd, Suite 475, Irving, Texas 75039 |
| 14872287 | | Email/Text: ProsperBK@prosper.com | Sep 19 2025 00:23:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 14891940 | + | Email/PDF: ebnotices@pnmac.com | Sep 19 2025 00:31:49 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14872285 | + | Email/PDF: ebnotices@pnmac.com | Sep 19 2025 00:32:24 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14872286 | + | Email/PDF: ebnotices@pnmac.com | Sep 19 2025 00:31:49 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14872288 | + | Email/Text: ProsperBK@prosper.com | Sep 19 2025 00:23:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 14896346 | + | Email/Text: bncmail@w-legal.com | Sep 19 2025 00:22:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14872289 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2025 00:19:37 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14872290 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2025 00:32:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14872292 | + | Email/Text: dbogucki@trumark.org | Sep 19 2025 00:24:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14872291 | + | Email/Text: dbogucki@trumark.org | Sep 19 2025 00:24:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14897043 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2025 00:23:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14872293 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2025 00:23:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14872294 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2025 00:23:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |
| 14896344 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 19 2025 00:23:00 | Westlake -, C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 14872296 | ^ | MEBN | Sep 19 2025 00:14:15 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 14872295 | ^ | MEBN | Sep 19 2025 00:13:59 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | *+ | WESTLAKE, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 56 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Gilbert Wright support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Gilbert Wright | Bankruptcy No. 24-11190-AMC |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 18, 2025**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE